STATE OF NEW JERSEY v. ROBERT C. BROMBERG.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JEREMIAH SWEENEY.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS OLAYA.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES A. SERBE.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILFRED WILLIAMS, JR.

July 10, 1985.

Petition for certification denied.